## 49170. DeFOOR v. THE STATE.

EVANS, Judge.

Following the judgment of this court in *DeFoor v. State,* 131 Ga. App. 767 (206 SE2d 713), in which we affirmed in part and reversed in part, both the state and defendant applied for certiorari. The Supreme Court in *DeFoor v. State,* 233 Ga. 190 (210 SE2d 707), reversed and held that where our judgment affirmed the lower court, we should have reversed; and where our judgment reversed the lower court, we should have affirmed.

Accordingly, the judgment of this court is vacated, and a new judgment reversing in part and affirming in part is entered in accordance therewith.

*Judgment reversed in part and affirmed in part. Pannell, P. J., and Webb, J., concur.*

DECIDED FEBRUARY 13, 1975.

*Chance & Maddox, Cook & Palmour, A. Cecil Palmour,* for appellant.

*Tony H. Hight,* for appellee.